## Cloud *et al. v.* Ford, administratrix.

Beck, J. No errors of law are alleged to have been committed upon the trial of the case, and there was sufficient evidence to support the verdict.

*Judgment affirmed. All the Justices concur.*

July 19, 1913.

Equitable petition. Before Judge Ellis. Fulton superior court. March 22, 1912.

*Lowndes Calhoun,* for plaintiffs.

*Charles W. Smith* and *M. A. Hale,* for defendant.

---

## Georgia Granite Company *v.* Austin.

Per Curiam. There was no merit in the objections to the rulings of the court upon the admissibility of evidence. And though it may have been doubtful, under the · allegations of the petition, whether the charge in regard to future pain and suffering was proper, in view of the evidence and the amount found by the jury this will not require the grant of a new trial.            *Judgment affirmed. All the Justices concur.*

July 19, 1913.

Action for damages. Before Judge Bell. Fulton superior court. June 8, 1912.

*Candler, Thomson & Hirsch,* for plaintiff in error.

*Frank L. Haralson* and *Robert J. Jordan,* contra.